# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**JERRILYNN SANDERS,**

    **Plaintiff,**

Case No. 22-10618

Honorable Denise Page Hood

v.

**HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,**

    **Defendant.**

_____/

## ORDER DISMISSING CASE

On May 13, 2022, Plaintiff filed a Notice of Voluntary Dismissal with Prejudice under Rule 41(a)(1)(A)(i) of the Rules of Civil Procedure.

Accordingly,

IT IS ORDERED that this action is DISMISSED with prejudice pursuant to Rule 41(a)(1) of the Rules of Civil Procedure.

                                                      s/Denise Page Hood
                                                      DENISE PAGE HOOD
                                                      United States District Judge

DATED: May 20, 2022